IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREEENVILLE DIVISION

NORTH SUNFLOWER MEDICAL CENTER                                                              PLAINTIFF

V.                                                                      CIVIL ACTION NO. 4:25-CV-23-DMB-DAS

UNITED STATES OF AMERICA                                                                    DEFENDANT

<u>ORDER STAYING CAUSE</u>

Before the court is the parties' Joint Motion for a Stay of All Deadlines in Light of Lapse of Appropriations [Dkt. 34]. Due to the lapse in appropriations and the resulting partial shutdown of the federal government, the court finds a temporary stay of proceedings is warranted.

It is therefore ordered that:

1. This action is **STAYED** in its entirety until appropriations are restored and the Department of Justice resumes normal operations in civil litigation.

2. All current deadlines are hereby suspended for the duration of the stay.

3. Within 14 days after funding is restored, counsel shall file a notice advising the court that operations have resumed and proposing new case management deadlines.

**SO ORDERED**, this the 23rd day of October, 2025.

<u>/s/ David A. Sanders</u>
**U.S. MAGISTRATE JUDGE**